

**PELTON GRAHAM** LLC

ADVOCATES FOR JUSTICE

September 14, 2022

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA ECF**

Honorable Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Javed v Ghazi Associates, Inc. et al.*
                **Civil Action No: 1:20-cv-01301 (RLM)**

Dear Magistrate Judge Mann:

      This firm represents the plaintiff in the above-referenced action. We write, jointly with defendants, pursuant to Your Honor's September 9, 2022 Order (the "September 9 Order") deferring decision on the parties' consent Motion for Approval of FLSA Settlement (Dkt. No. 13), to submit a revised settlement agreement for Your Honor's approval.

      In accordance with the September 9 Order, the parties have revised the settlement agreement that was submitted to the Court on August 31, 2022 (Dkt. No. 14-1). Specifically, the parties' Revised Settlement Agreement: (1) modified the language in Section 2(b) to limit the release to wage-and-hour claims; and (2) removed all references to Your Honor retaining jurisdiction over the action, including in Section 9. The Revised Settlement Agreement reflecting the revisions in redline is attached hereto as **Exhibit A**, and a clean copy of the Revised Settlement Agreement executed by the parties is attached as **Exhibit B**.

      For the reasons set forth in the Motion for Settlement (Dkt. No. 13) and having been revised in accordance with Your Honor's September 9 Order, the parties therefore believe that the Revised Settlement Release is fair, reasonable, and adequate, and that the Court should approve the settlement.

      We appreciate Your Honor's attention to this matter.

Respectfully submitted,

By: ___/s/_____
Brent E. Pelton, Esq.
Taylor B. Graham, Esq.

By: _____/s/_____
Irene Sinayskaya, Esq.
**Sinayskaya Yuniver, P.S.**

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com

Hon. Roanne L. Mann
Joint Supplemental Ltr Re: Revised Settlement Release Provision
Page **2** of **2**

| | |
|---|---|
| **PELTON GRAHAM LLC**<br>111 Broadway, Suite 1503<br>New York, New York 10006 | 710 Avenue U<br>Brooklyn, New York 11223 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Encls.

www.PeltonGraham.com