**ROANNE L. MANN**  **DATE:** September 21, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 9:30 a.m.
  **END:** 9:45 a.m.

**DOCKET NO:** 22-cv-1433-RLM

**CASE** Javed v. Ghazi Associates Inc. et al

| ☐ INITIAL CONFERENCE | X OTHER/*CHEEKS* HEARING |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| ☐ MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFFS**  **ATTORNEY**

Brent E. Pelton

**DEFENDANTS**  **ATTORNEY**

Irene Sinayskaya

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____ **DEF. TO SERVE PL. BY:** _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic *Cheeks* hearing.  The Court is satisfied that the parties adequately addressed the issues raised in the Court's September 9th Order.  For the reasons stated on the record, this Court concludes that the settlement, as revised, is fair and reasonable and was reached as a result of arms-length negotiations between the parties, with the assistance of a mediator.  The [13], [17] motions for settlement approval and to submit a supplemental agreement are granted.  The parties' must file their Stipulation of Discontinuance by September 28, 2022.